1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HUNG DUONG NGUON,

11          Petitioner,                    No. CIV S-11-0124 LKK DAD (TEMP) P

12       vs.

13   TIM V. VIRGA,

14          Respondent.                    FINDINGS AND RECOMMENDATIONS

15   _____/

16          By order filed March 11, 2011, petitioner's habeas application was dismissed and

17   thirty days' leave to file an amended application was granted.  The thirty day period has now

18   expired, and petitioner has not responded to the court's order.

19          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

20   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

21          These findings and recommendations are submitted to the United States District

22   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

23   days after being served with these findings and recommendations, petitioner may file written

24   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

25   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

26   /////

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: April 21, 2011.

4

5  _____

6  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

7  DAD:kc
   nguo0124.fta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26